IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRENDA G. HEARD                                                 PLAINTIFF

        v.                 Civil No. 04-1122

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                    DEFENDANT

## **JUDGMENT**

On this 18th day of April, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Denver Thornton, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $1,750.00 under *28 U.S.C. § 2412*.

     IT IS SO ORDERED.

                                                    /s/ Bobby E. Shepherd
                                                   HONORABLE BOBBY E. SHEPHERD
                                                   UNITED STATES MAGISTRATE JUDGE